IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SERGIO YANEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-00645-JCC-JFA |
| ) | |
| YALCIN, INC. ) | |
| ) | |
| and ) | |
| ) | |
| BILGEHAN YALCIN ) | |
| ) | |
| Defendants. ) | |

## FINAL ORDER

Upon consideration of the Stipulation of Dismissal filed herein and for good cause shown, it is hereby

ORDERED that this matter is dismissed, with prejudice.

Entered this 25th day of October, 2016

/s/
James C. Cacheris
United States District Judge

United States District Court Judge

4